IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, ) | |
| AIS 140252, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | CASE NO. 1:20-CV-41-RAH-CSC |
|  ) | |
| MS. CONNIE, ) | |
|  ) | |
| Defendant. ) | |

## **OPINION and ORDER**

On December 1, 2022, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Doc. 31. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 31) is ADOPTED.

2. Defendant's Motion to Dismiss (Doc. 18) is GRANTED to the extent Defendant seeks dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy prior to initiating this cause of action.

3. This case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a).

4. Other than the filing fee assessed to Plaintiff, no further costs are taxed.

A separate Final Judgment will be entered.

DONE, on this the 9th day of January 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE